# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HAROLD SHAWGNESSY SIMS**                                           **PLAINTIFF**
**ADC #650028**

v.                  **CASE NO: 4:19-CV-00702-JM**

**MARTY BOYDE,** *et al*.                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE